UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REINALDO RODRIGUEZ,**

      **Plaintiff,**

                                      Case No.: 6:17-cv-180-Orl-31KRS

**vs.**

**O&L LAW GROUP, P.L.,**

      **Defendant.**                    /

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.08(a), Plaintiff hereby submits this Notice of Settlement to notify the Court that this lawsuit has been settled, and to request 30 days in which to file the dismissal.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
joseph.tucker@dinslaw.com
Counsel for O&L Law Group, P.L.

                                        /s/ David M. Chico
                                        David M. Chico, Esq.
                                        Florida Bar No. 0010318
                                        DAVID CHICO LAW GROUP
                                        607 Celebration Avenue
                                        Celebration, Florida 34747
                                        Phone: 407-933-7703
                                        Fax: 407-933-7713
                                        Email: serve@davidchicolaw.com
                                        *Trial Counsel For Plaintiff*