## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**REINALDO RODRIGUEZ,**

      Plaintiff,

                              Case No.: 6:17-cv-180-Orl-31KRS

vs.

**O&L LAW GROUP, P.L.,**

      Defendant.              /

### NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE

    The Plaintiff, REINALDO RODRIGUEZ, hereby dismisses this action, with prejudice, and states that the parties have reached an amicable resolution to this matter, with each side to bear their own costs and attorney's fees.

### CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

O&L Law Group, P.L.
4818 W. Gandy Blvd.
Tampa, FL 33611

                              /s/ David M. Chico
                              David M. Chico, Esq.
                              Florida Bar No. 0010318
                              DAVID CHICO LAW GROUP
                              607 Celebration Avenue
                              Celebration, Florida 34747
                              Phone: 407-933-7703
                              Fax: 407-933-7713
                              Email: serve@davidchicolaw.com